UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

STATE FARM MUTUAL AUTOMOBILE                           NOT FOR PUBLICATION
INSURANCE COMPANY,                                      ORDER

                               Plaintiff,
                                                       04-CV-4631 (CBA) (RML)
               -against-

VALERY KALIKA, M.D., et al.,

                               Defendants.
-------------------------------------------------------------------x

AMON, UNITED STATES DISTRICT JUDGE:

       Plaintiff State Farm Mutual Automobile Insurance Co. ("State Farm") filed this action

against several physicians seeking to recover damages allegedly resulting from a fraudulent

scheme in which the defendants charged State Farm for medically unnecessary ultrasound tests

performed on individuals insured by State Farm.  All of plaintiff's claims have either been

dismissed or settled,[1] with the exception of the three claims against Defendant Richard

Yaldizian, M.D., for participation in a racketeering enterprise in violation of 18 U.S.C. §

1962(c), fraudulent misrepresentation, and unjust enrichment.  Yaldizian was served with State

Farm's complaint on November 24, 2004, but has failed to answer or otherwise appear in this

action.  His default was noted by the clerk of the court on January 27, 2005.

       By order dated March 12, 2007, shortly after the claims against all of the other

defendants were resolved, I referred the matter of Yaldizian's default to Magistrate Judge Cheryl

_____

       [1]There were also two cross-claims, one by defendant Yury George Krementsov against
all of his co-defendants, and one by defendants Valery Kalika and Valery Kalika, M.D., P.C.
against Krementsov.  Those claims have been mooted by the defendants' respective settlement
agreements.

L. Pollack for a report and recommendation ("R&R") regarding the issues of the entry of a default judgement and an award of damages. On May 23, 2007, Magistrate Judge Pollack conducted an inquest on damages, reserving decision. Her R&R issued on November 19, 2007, recommending the entry of a default judgement against Yaldizian and an award of damages in the amount of $2,401,273.78. Any objections to the R&R were due within 10 days of its receipt. No objections have been filed. Accordingly, Magistrate Judge Pollack's thorough and well-reasoned R&R is hereby adopted as the opinion of the Court. The clerk of the court is directed to enter judgment and to close this case.

SO ORDERED.

Dated:     Brooklyn, New York
           December 7, 2007


                                    Carol Bagley Amon
                                    United States District Judge