IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ DEC 1 1 2007 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                       Plaintiff,

-against-

VALERY KALIKA, M.D., et al.,

                       Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4631 (CBA)

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 10, 2007, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated November 19, 2007; and directing the Clerk of Court to enter a default judgment against defendant Richard Yaldizian, M.D., awarding damages of $2,401,273.78; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Roanne L. Mann is adopted; that judgment is hereby entered in favor of plaintiff, State Farm Mutual Automobile Insurance Company, and against defendant, Richard Yaldizian, M.D., awarding damages of $2,401,273.78.

Dated: Brooklyn, New York
       December 10, 2007

/ s/ RCH
ROBERT C. HEINEMANN
Clerk of Court